235 So.2d 98

**Dr. Marvin CAVALLINO and Vincent Cavallino**

v.

**John CAVALLINO.**

No. 50515.

May 25, 1970.

Not considered. Filed too late.

■

235 So.2d 98

**Philip J. CARDINALE, Jr.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 50523.

May 25, 1970.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.